**Order entered May 24, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00801-CV

## IN RE ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY AND LATINA FOSTER, Relators

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00179-E**

## ORDER
Before Justices Osborne, Reichek, and Smith

Based on the Court's opinion of this date, relators' petition for writ of mandamus is **DENIED**.

/s/    CRAIG SMITH
        JUSTICE